UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES D. PEASE,

    Petitioner,

v.                                                          Case No. 3:15cv68/MCR/CJK

JULIE L. JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 2, 2015. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed. Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly:

1. The Magistrate Judge's Report and Recommendation (doc. 18) is adopted and incorporated by reference in this order.
2. Respondent's Motion to Dismiss (doc. 16) is **GRANTED**.
3. The Amended Petition for Writ of Habeas Corpus (doc. 6) is **DISMISSED as moot**.
4. The Clerk is directed to close the file.

5. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 5th day of November, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**